# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLINTON GEORGE and JULIE D. )<br>GEORGE, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 2008-0036 |

## **ORDER**

FINCH, J.

THIS MATTER comes before the Court on a Motion for Default Judgment filed by Plaintiff. It appearing to the Court from the files and record of this matter, that all proper proceedings have been had for foreclosure of the following premises:

> Plot No. 246, Estate Glynn, King's Quarter. St. Croix, USVI, consisting
> Of 15.9327. U.S. acres, more or less, as more fully shown and described on
> P.W.D. Drawing No. 4083 dated February 5, 1982.

and that Defendants Clinton George and Julie D. George have not appeared to show cause why foreclosure should not be adjudged; and the Clerk of the Court having filed the entry of default of Defendants on September 4, 2008, it is hereby,

**ORDERED** that Judgment is entered in favor of the United States of America and against George and Julie D. George, for the following sum:

1. On the April 18, 1991 Promissory Note:
    Loan No. 41-08

1

      (a) Principal and advances ………………………….. $212,722.50
      (b) Interest through 04/28/08 …………………………$141,756.13
        Total ……………………………………………….$354,478.63

together with interest at the rate of $28.5422 per day on principal and annual rate of 5.0% on all advances from April 28, 2008 until the date of judgment and thereafter at the legal rate of interest pursuant to 28 U.S.C. section 1961.

2. On the Second Note Promissory Note Executed on April 18, 1991
    Loan No. 45-09
    (a) Principal and advances ………………………….. $25,954.94
    (b) Interest through 04/28/08 …………………………$19,802.16
    Total ……………………………………………...$45,757.12

together with interest at the rate of $5.7953 per day on principal and annual rate of 8.75% all advances from April 28, 2008 until the date of judgment and thereafter at the legal rate of interest pursuant to 28 U.S.C. section 1961.

Together with expenses of this action, court costs, any advancements for payment of taxes, hazard insurance, water and sewer charges and other advances of any sort that Plaintiff may make to preserve its security.  It is further

      **ORDERED** that the relative order of priority of liens is as follows: the mortgage lien in favor of the United States of America is the first priority lien on the subject property.  It is further

      **ORDERED** that the mortgage lien held on the real property described in the Complaint by the United States of America (Farm Service Agency), to wit:

> Plot No. 246, Estate Glynn, King's Quarter, St.Croix, USVI, consisting of 15.9327 U.S. acres, more or less, as more fully shown and described on P.W.D. No. 4083, dated February 5, 1982,

be foreclosed and seized by the United States Marshal and that the property be sold at a judicially supervised sale.  It is further

      **ORDERED** that Defendants, Clinton George and Julie D. George and every person whose conveyance or encumbrance is subsequent or subsequently recorded, shall be forever

barred and foreclosed of all rights, claims, liens or equity of redemption in the mortgaged premises except as provided by law.  It is further

**ORDERED** that the monies arising from such sale shall be deposited with the Clerk of this Court.  It is further

**ORDERED** that the Clerk of the Court shall apply the proceeds of sale first to the expenses of the sale, then to Plaintiff's costs and expenses of this suit, and then payment and satisfaction of this judgment as set forth herein in accordance with the relative priority of liens.  If the property shall sell for more than sufficient to pay off and satisfy said sums of money, then the Marshal shall be directed to pay over the excess to the judgment debtor(s).  It is further

**ORDERED** that Plaintiff shall have any and all writs necessary to enforce the terms of this judgment.

**ENTERED** this 7th day of October, 2008.

_____
**HONORABLE RAYMOND L. FINCH**
**U.S. SENIOR DISTRICT JUDGE**