IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL NO. 2008-0036 |
| Plaintiff, | ) | |
| v. | ) | ACTION FOR DEBT AND |
| | ) | FORECLOSURE OF REAL |
| CLINTON GEORGE and JULIE D. GEORGE, | ) | PROPERTY MORTGAGE |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter having come before the Court and the Court being fully satisfied in the premises, it is hereby

**ORDERED**, that the Clerk's Office disburse the amount of $166,961.00 from its registry to the United States of America (Rural Development, formerly Farmers Home Administration); and it is further

**ORDERED**, that the Clerk's Office shall make the check payable to the U.S. Department of Justice.

DATED: January 19, 2012

_____
U.S. MAGISTRATE JUDGE

ATTEST:
WILFREDO F. MORALES
CLERK OF THE COURT

By: _____
    Deputy Clerk

cc:   Joycelyn Hewlett, AUSA
      Attorneys of Record